FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT, E.D.N.Y.
★ SEP 15 2006 ★
BROOKLYN OFFICE

SEP 12 2006

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------------x
ROBERT KING, an Individual, PATRICIA KING, an Individual, and SUSAN KING, an Individual, as beneficiaries of mother GEORGIANA KING, deceased,

Plaintiffs,

-against-

STONEBRIDGE LIFE INSURANCE COMPANY, a Vermont Corporation, AEGON USA, INC., an Iowa Corporation, HARTFORD LIFE INSURANCE COMPANY, a Delaware Corporation, and DOES 1 through 100 inclusive,

Defendants.
-----------------------------------------------------------------x

Civil Action No.:
04-cv-05127 (ARR)(KAM)

**STIPULATION OF DISMISSAL WITH PREJUDICE**

IT IS HEREBY STIPULATED AND AGREED by and between the undersigned, that pursuant to Rule 41(a)(1)(ii), this litigation and all claims asserted herein are hereby dismissed with prejudice and without costs or attorneys' fees to any party.

This Stipulation may be executed in one or more counterparts and all such parts shall constitute a single agreement binding as if all parties had signed a single document.

Dated: New York, New York
August 18, 2006

SEDGWICK DETERT MORAN
& ARNOLD LLP

_____
Michael H. Bernstein (MB 0579)
125 Broad Street, 39th Fl.
New York, New York 10004
(212) 422-0202
Attorneys for Defendant
HARTFORD LIFE INSURANCE
COMPANY

DANIEL J. HANSEN, ESQ.

_____
Daniel J. Hansen, Esq.
233 Broadway, Fifth Floor
New York, New York 10279
(212) 697-3701
Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------------------x
ROBERT KING, an Individual, PATRICIA KING,
an Individual, and SUSAN KING, an Individual,
as beneficiaries of mother GEORGIANA KING,
deceased,

       Plaintiffs,

-against-

STONEBRIDGE LIFE INSURANCE COMPANY,
a Vermont Corporation, AEGON USA, INC., an
Iowa Corporation, HARTFORD LIFE INSURANCE
COMPANY, a Delaware Corporation, and DOES
1 through 100 inclusive,

       Defendants.
-------------------------------------------------------------------x

Civil Action No.:
04-cv-05127 (ARR)(KAM)

**STIPULATION OF DISMISSAL WITH PREJUDICE**

IT IS HEREBY STIPULATED AND AGREED by and between the undersigned, that pursuant to Rule 41(a)(1)(ii), this litigation and all claims asserted herein are hereby dismissed with prejudice and without costs or attorneys' fees to any party.

This Stipulation may be executed in one or more counterparts and all such parts shall constitute a single agreement binding as if all parties had signed a single document.

Dated: New York, New York
   August 18, 2006

| | |
|---|---|
| SEDGWICK DETERT MORAN & ARNOLD LLP<br><br>_____<br>Michael H. Bernstein (MB 0579)<br>125 Broad Street, 39th Fl.<br>New York, New York 10004<br>(212) 422-0202<br>Attorneys for Defendant<br>HARTFORD LIFE INSURANCE COMPANY | DANIEL J. HANSEN, ESQ.<br><br><br>_____<br>Daniel J. Hansen, Esq.<br>233 Broadway, Fifth Floor<br>New York, New York 10279<br>(212) 697-3701<br>Attorneys for Plaintiffs |

LOCKE & HERBERT LLP

_Stephen R Herbert_
Stephen R. Herbert (SRH1933)
1114 Avenue of the Americas, 40th Fl.
New York, New York 10036
(212) 935-8787
Attorneys for Defendants
STONEBRIDGE LIFE INSURANCE COMPANY and
AEGON USA INVESTMENT MANAGEMENT, INC.

SO ORDERED

_____, VSP J
9/13/06